# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155120(61)

CELESTINE STACKER, Personal Representative
of the Estate of MAE HENDRIX,
          Plaintiff-Appellee,

v

LAUTREC, LTD,
          Defendant-Appellant.

_____/

SC: 155120
COA: 328191
Oakland CC: 2014-142087-NO

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 7, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



Clerk